IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JESSE C. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 7:22-cv-00055 |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| WAL-MART, INC., | ) |
| WAL-MART STORES, INC., | ) |
| and | ) |
| WAL-MART STORES EAST, INC., | ) |
| | ) |
| Defendants. | ) |

**FINAL ORDER**

THIS DAY came the parties to this action, by counsel, and advised the Court that they had compromised and settled all matters in controversy in this action.

And, it appearing proper so to do, it is ADJUDGED and ORDERED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court shall forward certified copies of this Order to counsel of record and shall strike this matter from the active docket of this Court.

Entered this 27th day of April, 2023.

/s/ Thomas T. Cullen
United States District Judge

WE ASK FOR AND CONSENT TO
THE ENTRY OF THIS ORDER:


/s/     Benjamin J. Sykes
Benjamin J. Sykes, Esq. (VSB No. 79127)
SKOLROOD LAW FIRM PC
2925 Colonnade Drive, Suite 225
Roanoke, Virginia 24018
Telephone: (540) 989-0500
Facsimile: (540) 989-1888
bsykes@skolrood.com

*Counsel for Plaintiff*


/s/    Victor S. Skaff, III
C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendants*